IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL JOSEPH BRETON,<br><br>Defendant. | CR 21-4-M-DWM-KLD<br><br><br><br>ORDER |

Upon the motion of the United States, and for good cause shown,

The United States' motion to issue a summons for Mr. Russell Joseph Breton is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to issue a summons directing Defendant to appear for his arraignment at 9:00 a.m. on March 2, 2021. The Clerk shall provide a copy of the criminal summons and indictment to the United States Attorney, the United States Probation Office, the United States Marshal, and the Federal Defenders Office.

DATED this 22nd day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge